UNITED STATES of America,
Plaintiff—Appellee,

v.

Lawrence W. NELSON, a/k/a Zikee,
Defendant—Appellant.

No. 06–4456.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2009.

Decided: July 7, 2009.

Christopher A. Davis, Davis Law Offices, Clarksburg, West Virginia, for Appellant. Sharon L. Potter, United States Attorney, Zelda E. Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In *United States v. Nelson,* 276 Fed. Appx. 331 (4th Cir.2008), we affirmed Lawrence W. Nelson's 360–month sentence imposed by the district court after a jury convicted Nelson of conspiracy to distribute and possess with intent to distribute more than fifty grams of crack cocaine, in violation of 21 U.S.C. § 846 (2006). Nelson filed a petition for writ of certiorari, and the Supreme Court vacated the judgment and remanded the case to us for further consideration in light of *Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007), and *Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). *See Nelson v. United States,* — U.S. ——, 129 S.Ct. 890, 172 L.Ed.2d 719 (2009). Upon further consideration, we vacate Nelson's sentence and remand for resentencing consistent with the Supreme Court's decision in *Nelson.*[*] We dispense with oral argument because the facts and legal contentions are

---

[*] We note that, in his original appeal, Nelson also challenged his conviction on several grounds. Because the Supreme Court's opinion remanding the case does not affect the issues Nelson raised with regard to his conviction, we reinstate our prior opinion affirming his conviction. *See United States v. Nel-*

adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*

*son,* 237 Fed.Appx. 819, 820–21 (4th Cir. 2007).